# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3542
LT Case No. 27-2023-CA-1260

_____

BARBARA BYRON,

    Appellant,

    v.

STATE FARM FLORIDA
INSURANCE COMPANY,

    Appellee.

_____

On appeal from the Circuit Court for Hernando County.
Donald Eugene Scaglione, Judge.

Jeremy D. Bailie, and Sandford Blaine Kinne, of Weber, Crabb &
Wein, P.A., St. Petersburg, for Appellant.

C. Ryan Jones, Scot E. Samis, David T. Burr, and Matthew A.
Taylor, of Traub Lieberman Straus & Shrewsberry LLP, St.
Petersburg, for Appellee.


March 24, 2026


PER CURIAM.

    AFFIRMED.

JAY, C.J., and MAKAR and KILBANE, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————